WATSON LAW GROUP
Tom T. Nagashima, Esq. (State Bar No.: 233636)
*tnagashima@watsonlawgroup.com*
553 South Oak Knoll Ave.
Pasadena, CA 91101
Telephone:   (213) 785-1400
Facsimile:    (800) 816-0170

Attorneys for Plaintiff,
Ronald Sacks

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Sacks<br><br>              Plaintiff,<br><br>     vs.<br><br>Bradford White Corporation, and DOES 1 through 10, inclusive<br><br>              Defendants. | Case No.  5:13-cv-00058-VAP (SPx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**Discovery Cut-Off:**     **November 15, 2013**<br>**Pre-Trial Conference:** **February 10, 2014**<br>**Jury Trial:**                   **February 25, 2014** |

///
///
///
///
///
///
///
///
///

**TO THE COURT:**

In accordance with the Court's Standing Order, Local Rule 40-2 and the instruction of the Court, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: November 5, 2013                               **WATSON LAW GROUP**


      /s/  Tom T. Nagashima
Tom T. Nagashima, Esq.
Attorney for Plaintiff,
Ronald Sacks

