JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Sacks<br><br>Plaintiff,<br><br>vs.<br><br>Bradford White Corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:13-cv-00058-VAP (SPx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, with each party bearing its own costs and attorney's fees associated with this matter.

Dated: December 06, 2013

*Virginia A. Phillips*

_____
JUDGE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT
COURT JUDGE

WATSON LAW GROUP